UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARICA CONSULTING & CONTRACTING, INC., <br> 10305 Guilford Road, <br> Jessup, MD 20794, <br><br> Plaintiff, <br><br> v. <br><br> GOEL CONSTRUCTION SERVICES, INC., <br> 1201 Pennsylvania Avenue, N.W., <br> Suite 300, <br> Washington, DC 20004, <br><br> Defendant. | Civil Action No. |

## COMPLAINT

By this action, Plaintiff, Arica Consulting & Contracting, Inc. (Arica), by and through its undersigned counsel, sues Defendant, Goel Construction Services, Inc. (Goel), and states as follows:

### I. Introduction

1.  Arica seeks recovery from Goel for work, labor and material provided to a public construction project for which Goel has failed and refused to pay Arica.

### II. Parties, Jurisdiction and Venue

2.  Arica is a Maryland corporation with a principal place of business located at 10305 Guilford Road, Jessup, Maryland 20794.

3.  Goel, upon information and belief, is a Delaware corporation with a principal place of business located at 1200 Pennsylvania Avenue, N.W., in Washington, DC 20004.

4. Jurisdiction obtains pursuant to 28 U.S.C. § 1332 as this an action between citizens of different states and the amount in controversy is in excess of $75,000.

5. Venue is appropriate pursuant to 40 U.S.C. § 3133 (b) because the Defendant's principal place of business is located in the District of Columbia.

### III. Factual Allegations

6. Upon information and belief, the United States Department of Veterans Affairs (Government) awarded Delaware Cornerstone Builders, Inc. (DCB) contract numbered V512(P)C-654, Task Order 5 (Contract) in connection with a project commonly known as Building 10 Replacement/PHP VA MD HealthCare System, located at Perry Point, Maryland (Project).

7. Thereafter, on or about December 29, 2002, DCB, as prime contractor, allegedly entered into a subcontract agreement with Goel, by the terms of which Goel was to purportedly perform some of the work included in the Contract.

8. In turn, on or about January 10, 2003, Goel executed a subcontract agreement with Arica (Subcontract), by the terms of which Arica was to perform much or all of the work required under Goel's agreement with DCB, including the demolition of an existing building and construction of a new building in its place, exclusive of electrical, plumbing and mechanical, for the subcontract price of $1,072,285.

9. During the course of construction on the Project, Goel directed Arica to furnish additional work, labor and material to the Project, net of appropriate deductive changes, totaling $49,013.23.

10. Arica has substantially completed its work in strict conformity with the plans and specifications for the Project.

11. However, Arica has only received a total of $894,145.20, and, without justification, Goel has failed to pay Arica the remaining earned contract balances due of $148,139.80.

12. In addition, Goel has failed or refused to pay for approved change orders totaling $24,511.33.

13. Goel has also failed or refused to approve and pay for work performed by Arica at Goel's direction in the sum amount of $24,501.90.

### IV. Causes of Action

### COUNT I

14. Arica reasserts and realleges the factual allegations made in Paragraphs 1 through 13 above as though fully set forth herein.

15. Pursuant to the Subcontract Arica provided work, labor and material to the Project upon the order of Goel and for its benefit.

16. In addition, Arica provided work, labor and material for which Goel issued approved change orders totaling $24,511.33.

17. Arica also provided other work, labor and material to the Project at Goel's request that was extra to the Subcontract totaling $24,501.90, but for which Goel has refused to pay Arica or even issue appropriate change orders under the Subcontract.

18. Goel (and DCB) subsequently invoiced and were paid for all of that work, labor and material provided by Arica to the Project.

19. However, Goel has failed and refused to pay Arica these remaining amounts due totaling $197,153.03.

20. Goel is in material breach of the Subcontract as Goel has failed to pay Arica all amounts due thereunder.

21. As a result, Arica has suffered losses, costs and expenses totaling at least $197,153.03.

## COUNT II

22. Arica reasserts and realleges the factual allegations made in Paragraphs 1 through 21 above as though fully set forth herein.

23. It is undisputable that Arica performed all of its work under the Subcontract, as well as the extra and additional work required by Goel.

24. In completing its work under the Subcontract, Arica conferred a substantial benefit upon Goel for which Arica should be compensated.

25. It would be inequitable for Goel to benefit from the work, labor and material Arica provided to the Project without fully compensating that subcontractor.

26. Accordingly, Arica should be awarded the reasonable value of the work performed for which Goel has failed to pay, plus reasonable overhead and profit thereon, plus interest, as well as the costs, fees and expenses incurred by Arica as a result of Goel's failure to pay the contractor as agreed.

**WHEREFORE**, plaintiff, Arica Consulting & Contracting, Inc. prays that this Court:

1.  On Count I, enter Judgment in favor of Arica Consulting & Contracting, Inc. and against Goel Construction Services, Inc. in the amount of $197,153.03, plus interest at the statutory rate from the date of demand;

2.  On Count II, enter Judgment in favor of Arica Consulting & Contracting, Inc. and against Goel Construction Services, Inc. in the amount of at least $197,153.03, the reasonable value of the work, labor and material provided to the Project for which Arica has not been paid,

3.  Award Arica Consulting & Contracting, Inc. its reasonable attorney's fees, costs and expenses incurred in prosecuting this action;

4.  Grant Arica Consulting & Contracting, Inc. such other and further relief as this Court deems appropriate and just.

Respectfully submitted:

ARICA CONSULTING & CONTRACTING, INC.,
By its attorneys:

*/s/ Elizabeth Powell*

Eric R. Stanco
(DC Bar 456896)
V. Elizabeth Powell
(DC Bar No. 474117)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _Anne Arundel_<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Eric R. Stanco; V. Elizabeth Powell<br>Stanco & Associates, 126 C Street NW<br>Washington, D.C. 20001 | ATTORNEYS (IF KNOWN) |

## II BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

☐ E. *General Civil (Other)*   OR   ☐ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act) |

| ☐ G. *Habeas Corpus/2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☒ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☒ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Subcontractor's claim for payment from prime contractor on project subject to Miller Act, 40 U.S.C. § 3131 et.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 197,193.03   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE    SIGNATURE OF ATTORNEY OF RECORD  *V. Elizabeth Powell*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.