CO-386-online
10/03

# United States District Court
# For the District of Columbia

ARICA CONSULTING & CONTRACTING, INC., )
)
)
)
    Plaintiff    )    Civil Action No._____
vs    )
)
GOEL CONSTRUCTION SERVICES, INC.  )
)
)
    Defendant    )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Arica Consulting & Contracting, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Arica Consulting &Contracting, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*V. Elizabeth Powell*
Signature

__474117__
BAR IDENTIFICATION NO.

V. Elizabeth Powell
Print Name

Stanco & Asociates, 126 C Street, NW
Address

Washington,    DC    20001
City    State    Zip Code

(202) 331-8822
Phone Number