IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Arica Consulting & Contracting, Inc.
Plaintiff(s)

vs

Case Number: 1:07-cv-01661

Goel Construction Services, Inc.
Defendant(s)

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that on October 11, 2007 at 12:20 PM, he executed service of process upon Carrie Evans, Authorized Representative of the District of Columbia Corporations Division on behalf of the Honorable Adrian Fenty, Mayor of the District of Columbia, pursuant to D.C. Code 29-101.12(b), Defendant having failed to appoint or maintain a Registered Agent in the District, the Mayor thus being an agent of **GOEL CONSTRUCTION SERVICES, INC.** at DC Corporations Division, 941 N. Capitol St. NE #7200, Washington, DC 20002 by delivering to and leaving with personally, copies of Summons and Complaint in duplicate and a fee of $15.00 . Carrie Evans is described as a Black female, approximately 5' 6" tall, 150-160 pounds, brown eyes, black hair, and 38 years of age. The undersigned further certifies that my place of business is 4626 Wisconsin Avenue NW #300, Washington, DC 20016; that I am over the age of 18 years; and that I am not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: October 15, 2007

NOTARY

Sworn and subscribed before me
on October 15, 2007

_____ (seal)
Karen L. Johnson
Notary Public: District of Columbia
My Commission Expires: 5/14/2011

_____
LORENZO KENERSON
Washington Pre-Trial Services, Inc.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ARICA CONSULTING & CONTRACTING, INC.

V.

GOEL CONSTRUCTION SERVICES, INC.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01661
Assigned To : Sullivan, Emmet G.
Assign. Date : 9/20/2007
Description: Contract

TO: (Name and address of Defendant)

Goel Construction Services, Inc.
1201 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric R. Stanco
V. Elizabeth Powell
Stanco & Associates
126 C Street, N.W.
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON              SEP 20 2007
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  10/11/2007 @ 12:20 PM |
| NAME OF SERVER (PRINT)  Lorenzo Kenerson | TITLE  Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Carrie Evans, Authorized Representative of DC Corporations Division, on behalf of Mayor Adrian Fenty, Mayor of the District of Columbia, at 941 North Capitol St. NE, Washington, DC 20002

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/2007
            Date                Signature of Server

4626 Wisconsin Avenue NW #300, Washington, DC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.