UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARICA CONSULTING & CONTRACTING, INC., **Plaintiff,** v. GOEL CONSTRUCTION SERVICES, INC., **Defendant.** | ) ) ) ) ) ) ) Civil Action No. 1:07-cv-01661 ) ) ) ) ) ) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this __11th__ day of January 2008, that I am an attorney of record for the plaintiff in the above-entitled case; that the defendant(s)
____Goel Construction Services, Inc._____

was:   personally served with process on Carrie Evans, Authorized Representative of the District of Columbia Corporations Division on behalf of the Honorable Adrian Fenty, Mayor of the District of Columbia, pursuant to D.C. Code 29-101.12(b), on October 11, 2007 at 12:20 PM.

OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee) on:
_____].

OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia
is:_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant

nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/
Attorney for Plaintiff(s) [signature]
 Valerie Elizabeth Powell
 126 C Street, N.W.
 Washington, D.C. 20001
 202-331-8822 (o)   202-331-9705 (fax)
Address and telephone number

474117
Bar Id. Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARICA CONSULTING & CONTRACTING, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-01661 |
| GOEL CONSTRUCTION SERVICES, INC., | ) |
| Defendant. | ) |

## DEFAULT

It appearing that the above-named Superior Service Transportation failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the 1st day of October, 2003, and an affidavit on behalf of the plaintiff having been filed, it is this ____ day of January, 2008, declared that Goel Construction Services, Inc. in default.

Nancy M. Mayer-Whittington, Clerk


By:_____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARICA CONSULTING & CONTRACTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOEL CONSTRUCTION SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-01661 <br> ) <br> ) <br> ) <br> ) <br> ) |

**MILITARY AFFIDAVIT**
(Certificate in Compliance With Soldiers and Sailors Civil Relief Act of 1940,
As Amended in 1942 & 1960 Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this __11th__ day of January 2008, that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.) I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service.

                                                                 /s/
                                         Attorney for Plaintiff
                                         V. Elizabeth Powell (D.C. Bar No. 474711)
                                         Stanco & Associates
                                         126 C Street, N.W.
                                         Washington, D.C. 20001
                                         202-331-8822
                                         202-331-9705 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARICA CONSULTING & CONTRACTING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOEL CONSTRUCTION SERVICES, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-cv-01661 |

## NOTICE OF FILING

**COMES NOW**, plaintiff, Arica Consulting & Contracting, Inc. (Arica), and hereby gives notice of its filing of the Proof of Service indicating completed service pursuant to FRCP 4 upon defendant, Goel Construction Services, Inc.

ARICA CONSULTING & CONTRACTING, INC.,
By its attorneys:

*/s/ Valerie Elizabeth Powell*
Valerie Elizabeth Powell
(D.C. Bar No. 474117)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)

## CERTIFICATE OF SERVICE

I, Valerie Elizabeth Powell, hereby certify that a true copy of the foregoing was served upon all counsel of record and parties appearing *pro se* in this matter by U.S. Mail, first class postage pre-paid, this 11th day of January, 2008.

*/s/ Valerie Elizabeth Powell*