Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ARICA CONSULTING & CONTRACTING, INC.

    Plaintiff(s)

    V.

Civil Action No. 07-1661 EGS

GOEL CONSTRUCTION SERVICES, INC.

    Defendant(s)

RE: GOEL CONSTRUCTION SERVICES, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on October 11, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 14th day of January, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens

Deputy Clerk