UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARICA CONSULTING & CONTRACTING, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>GOEL CONSTRUCTION SERVICES, INC., )<br>)<br>*Defendant*. )<br>) | )<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>) 1:07-cv-01661-EGS<br>) Judge Emmet G. Sullivan<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

PLEASE BE ADVISED that David Hilton Wise, Esq. with the firm of Waters & Wise, PLLC, hereby enters his appearance as counsel for the Defendant, Goel Construction Services, Inc.

Date:   January 31, 2008                                Respectfully submitted,

                                                           /s/
                                                Paul V. Waters, D.C. Bar No. 368970
                                                paulwaters@waterswise.com
                                                David Hilton Wise, D.C. Bar No. 427796
                                                davidwise@waterswise.com
                                                WATERS & WISE, PLLC
                                                10565 Fairfax Boulevard, Suite 205
                                                Fairfax, Virginia 22030
                                                Tel:    (703) 934-6377
                                                Fax:    (703) 934-6379

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2008, a true and correct copy of the foregoing Entry of Appearance was served by e-filing and first-class mail, postage-prepaid, on the following counsel of record:

Eric R. Stanco, Esq.
V. Elizabeth Powell, Esq.
STANCO & ASSOCIATES
126 C Street, N.W.
Washington, D.C. 20001
*Counsel for Plaintiff Arica Consulting & Contracting, Inc.*

                             /s/
                             David Hilton Wise