AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Arica Consulting & Contracting, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Goel Construction Services, Inc.,
aka Goel Services, Inc.
c/o CT Corporation Systems
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

CASE NUMBER:    1:07-cv-01661-EGS

TO: (Name and address of Defendant)

Goel Construction Services, Inc.,
aka Goel Services, Inc.
c/o CT Corporation Systems
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric R. Stanco
Valerie Elizabeth Powell
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK                                               DATE    4/21/2008

(By) DEPUTY CLERK

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ____04/21/2008____, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)*  personal service on Louis Lance, Authorized Representative of CT Corporation System, Registered Agent for Goel Construction Services, Inc. aka Goel Services, Inc., at 1015 15th Street NW #1000, Washington, DC 20005

My fees are $ _____ for travel and $ 80.00 for services, for a total of $ 80.00.

Date: 04/21/2008

Server's signature

**Kirk A. Hornbeck - Private Process Server**
Printed name and title

Washington Pre-Trial Services, Inc.
4826 Wisconsin Avenue NW #300
Washington, DC 20016
(202) 887-0700

Server's address